

**PHILIP J. DEVLIN**
**CLERK OF COURT**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
800 Franklin Avenue Room 380
Waco, TX  76701

**ANNETTE FRENCH**
**CHIEF DEPUTY**

**August 20, 2025**

Phillip Michael Ruiz Reyes
Delivered by hand

RE: Case No. 6:25-CV-00375

Dear Mr. Ruiz Reyes

  This is to acknowledge receipt of your case in our Court.  The case has been given case number **6:25-cv-00375**, assigned to **Judge Alan D Albright** and referred to **Judge Derek T. Gilliland** for all pretrial matters. As in all new civil cases, all parties shall comply with the Standing Orders located at www.txwd.uscourts.gov/judges-information/standing-orders.

  All documents for filing and inquiries concerning the status of your case must be directed to the Clerk's Office rather than to the Judge to whom the case is assigned.  Sending documents and correspondence to the Judge will result in unnecessary delays. Documents must be formatted in the following manner:

- An original of each document including any exhibits, must be submitted to the Clerk on paper no larger than 8 ½ x 11 and should not be fastened with tape or anything other than a clip. It is very helpful if documents, including exhibits, are page numbered. Original filings will not be returned.
- Any mailings related to this case must include the case number and contain your full contact information. With the exception of case opening documents, a Certificate of Service should be included in all filings stating the name of the person served, date and manner of service.
- The Clerk's Office will send you copies of any Orders when they are entered into your case. The other party or their attorney will send you copies of their filings. If you want a copy of your own filing for your records, you must include an extra copy which will be file stamped and returned to you. Please do not send a self-addressed, stamped return envelope.
- If you want a copy of a previously filed document or docket sheet, you must make a request to the Clerk's Office.  We will inform you of the cost for the document at a rate of $0.50/page.  Checks/money orders are to be made payable to "Clerk, U.S. District Court" and sent to the address listed above.  The granting of In Forma Pauperis (IFP) does not exempt you from the payment of these copying fees or from any of the requirements noted above.

Because the public can electronically access most case files, you should be careful about including the following personal information:

- Social Security Numbers.  If a Social Security Number must be included, only the last four digits of that number should be viewable.
- Names of Minor Children.  If a minor child must be mentioned, only the initials of that child should be used.
- Dates of Birth.  If a date of birth must be included in a document or is shown in an exhibit, only the year should be viewable.
- Financial Account Numbers.  If financial account numbers are in a document, only the last four digits should be viewable.
- Care should be taken when submitting any relevant medical documents. If you want such information sealed, you must request it to be so.

You must keep the court informed of your current address throughout your case. Failure to do so may result in the dismissal of your case for want of prosecution.

Sincerely,



**U.S. District Clerk's Office**

Western District of Texas - Waco

254-750-1501