**FILED**
October 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

**Phillip Michael Ruiz Reyes**
1476 Canyon Creek Dr, Apt 184
Temple, TX 76502
Tel: [Tu Teléfono]
Email: [Tu Email]
Plaintiff, Pro Se

v.

**Credit Acceptance Corporation**
25505 West 12 Mile Road
Southfield, MI 48034
Defendant.

Civil Action No. **6:25-CV-00375-ADA-DTG**

## COMPLAINT

### I. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law, including the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., and the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq. Venue is proper in this District under 28 U.S.C. § 1391 because Plaintiff resides in Temple, Texas (Western District), and Defendant's conduct caused injury within this District.

### II. PARTIES

Plaintiff, Phillip Michael Ruiz Reyes, is a natural person residing in Temple, Texas. Defendant, Credit Acceptance Corporation (CAC), is a corporation headquartered in Southfield, Michigan, that conducts business nationwide, including in Texas.

### III. FACTUAL ALLEGATIONS

On or about March 31, 2022, Plaintiff allegedly entered into a retail installment sales contract for a used 2011 Hyundai Genesis with seller Mubarak1 Inc. in Petersburg, VA. The financing was arranged and serviced by Defendant Credit Acceptance. Plaintiff disputes the validity of the contract and the alleged debt due to inaccuracies, unfair practices, and lack of proper disclosures. Defendant reported derogatory and inaccurate information about Plaintiff to credit reporting agencies, including false dates, balances, repossession status, and payment history. Plaintiff filed disputes with Defendant and with the Consumer Financial Protection Bureau

(CFPB), complaint #250802-22849166, submitted on August 1, 2025. Despite notice of Plaintiff's disputes, Defendant failed to properly investigate, failed to correct false reporting, and continued furnishing inaccurate information. Defendant engaged in unfair and deceptive practices by enforcing an electronically signed contract without proper validation, failing to provide accurate account records, and misrepresenting Plaintiff's legal rights. Defendant's actions caused Plaintiff actual damages, including but not limited to loss of credit opportunities, higher interest costs, severe emotional distress, anxiety, and humiliation.

## IV. CLAIMS FOR RELIEF

Count I – Fair Credit Reporting Act (FCRA): Defendant violated the FCRA by willfully and negligently failing to conduct a reasonable investigation after Plaintiff's disputes, and by continuing to furnish inaccurate information. Count II – Fair Debt Collection Practices Act (FDCPA): Defendant acted as a debt collector in connection with enforcing the alleged contract and violated the FDCPA by attempting to collect a disputed debt without validation. Count III – Texas Deceptive Trade Practices Act (DTPA): Defendant engaged in false, misleading, and deceptive practices in commerce by misrepresenting the validity of the debt, repossession, and credit reporting.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant as follows: (a) Award Plaintiff actual damages in an amount to be determined at trial; (b) Award Plaintiff statutory damages as provided by law; (c) Award Plaintiff punitive damages in the amount of $250,000 to deter Defendant from future misconduct; (d) Award costs of suit, filing fees, and other expenses; (e) Grant any further relief that the Court deems just and proper.

Respectfully submitted,

*/s/ Phillip M. Ruiz Reyes*

Phillip Michael Ruiz Reyes
1476 Canyon Creek Dr, Apt 184
Temple, TX 76502
Tel: [Tu Teléfono]
Email: [Tu Email]
Plaintiff, Pro Se