IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PHILLIP MICHAEL RUIZ REYES,<br><br>　　*Plaintiff*,<br><br>v.<br><br>CREDIT ACCEPTANCE CORPORATION<br><br>　　*Defendant*. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 6:25-CV-00375-LS<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## CREDIT ACCEPTANCE CORPORATION'S CORRECTED CERTIFICATE OF SERVICE FOR ITS MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

I hereby certify that on November 12, 2025, a copy of Credit Acceptance Corporation's Motion for Extension of Time to Respond to Plaintiff's Complaint was served on all parties as stated below:

***Via Regular Mail and Via Email (michaelruiz1389@gmail.com)***
Philip Michael Ruiz Reyes
1476 Canyon Creek Drive
Apt. 184
Temple, Texas  76502
*Pro Se Plaintiff*

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: */s/ Matt D. Manning*
　　　　　　　　　　　　　　　　　　**MATT D. MANNING**
　　　　　　　　　　　　　　　　　　State Bar No. 24070210
　　　　　　　　　　　　　　　　　　**MCGLINCHEY STAFFORD, PLLC**
　　　　　　　　　　　　　　　　　　1001 McKinney Street, Suite 1500
　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　(713) 335-2102
　　　　　　　　　　　　　　　　　　(713) 520-1025 (Facsimile)
　　　　　　　　　　　　　　　　　　mmanning@mcglinchey.com

1

**ATTORNEYS FOR DEFENDANT
CREDIT ACCEPTANCE
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2025, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties as stated below:

***Via Regular Mail and Via Email (michaelruiz1389@gmail.com)***
Philip Michael Ruiz Reyes
1476 Canyon Creek Drive
Apt. 184
Temple, Texas  76502
*Pro Se Plaintiff*

                                            */s/  Matt D. Manning*
                                               **MATT D. MANNING**